# ELECTRONIC RECORD

*518-15*
*519-15*

COA #14-14-00521-CR

STYLE: Gary Ishmael Bolin v The State of Texas

COA DISPOSITION: Affirmed

DATE: March 19, 2015    Publish: No

OFFENSE: Aggravated Assault

COUNTY: Harris

TRIAL COURT: 209th District Court

TC CASE #: 1377493

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Gary Ishmael Bolin v The State of Texas

CCA # _____

____APPELLANT'S____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

____REFUSED,____

DATE: ____06/24/15____

JUDGE: ____Per Curiam____

*518-15*
*519-15*

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**